UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

V. CASE NO. _____

_____

NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

The original documents are maintained in the case file in the Clerk's Office.

_____ _____
Date Attorney for

(Notice of Filing.wpd - 7/03)